

St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | | 5036938 | 03/05/2023 | 03/18/2023 | 03/24/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,551.20 | 527.73 | 535.66 | 176.27 | 1,311.54 |
| YTD | 464.00 | 15,307.20 | 2,656.14 | 3,275.13 | 1,059.46 | 8,316.47 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 03/05/2023 - 03/18/2023 | 80 | 31.89 | 2,551.20 | 464 | 14,796.96 | OASDI | 138.23 | 829.33 |
| Holiday | | | 0 | | 16 | 510.24 | Medicare | 32.33 | 193.96 |
| Group Term Life | 03/05/2023 - 03/18/2023 | 0 | 0 | 1.80 | 0 | 10.80 | Federal Withholding | 270.65 | 1,685.10 |
| | | | | | | | State Tax - PA | 68.39 | 410.34 |
| | | | | | | | SUI-Employee Paid - PA | 1.78 | 10.72 |
| | | | | | | | City Tax - MDLTN | 22.28 | 133.68 |
| | | | | | | | PA LST - MDLTN | 2.00 | 12.00 |
| Earnings | | | | 2,553.00 | | 15,318.00 | Employee Taxes | 535.66 | 3,275.13 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403b Contribution (Percent) | 204.10 | 714.36 | 403b Loan (Loan 1) | 145.43 | 872.58 |
| Dental - Delta | 21.23 | 127.38 | Supplemental AD&D - The Hartford | 1.70 | 10.20 |
| FSA Health Care | 80.00 | 480.00 | Supplemental Child Life - The Hartford | 0.92 | 5.52 |
| Medical - BCBS Michigan | 203.26 | 1,219.56 | Supplemental Life - The Hartford | 15.62 | 93.72 |
| Vision - United Health Care | 19.14 | 114.84 | Supplemental Life Spouse - The Hartford | 12.60 | 75.60 |
| | | | VD Cafeteria/Gift Shop (SMLPA_MEAL) | | 1.84 |
| Pre Tax Deductions | 527.73 | 2,656.14 | Post Tax Deductions | 176.27 | 1,059.46 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 16.86 | OASDI - Taxable Wages | 2,229.37 | 13,376.22 |
| ER - Dental - Delta - NonTaxable | 25.95 | 155.70 | Medicare - Taxable Wages | 2,229.37 | 13,376.22 |
| ER - Long Term Disability - The Hartford | 6.28 | 37.68 | Federal Withholding - Taxable Wages | 2,025.27 | 12,661.86 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 4,282.14 | State Tax Taxable Wages - PA | 2,227.57 | 13,365.42 |
| Employer Paid Benefits | 748.73 | 4,492.38 | City Tax Taxable Wages - MDLTN | 2,227.57 | 13,365.42 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | TH Float Holiday - (Biweekly B) | 0 | 0 | 8 |
| Allowances | 0 | 0 | TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 85.537623 |
| Additional Withholding | 100 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******7851 | ******7851 | | 1,311.54    USD |



St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | 5036938 | 02/19/2023 | 03/04/2023 | 03/10/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,551.20 | 527.73 | 535.66 | 178.11 | 1,309.70 |
| YTD | 384.00 | 12,756.00 | 2,128.41 | 2,739.47 | 883.19 | 7,004.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 02/19/2023 - 03/04/2023 | 80 | 31.89 | 2,551.20 | 384 | 12,245.76 |
| Holiday | | | 0 | | 16 | 510.24 |
| Group Term Life | 02/19/2023 - 03/04/2023 | 0 | 0 | 1.80 | 0 | 9.00 |
| Earnings | | | | 2,553.00 | | 12,765.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 138.22 | 691.10 |
| Medicare | 32.33 | 161.63 |
| Federal Withholding | 270.65 | 1,414.45 |
| State Tax - PA | 68.39 | 341.95 |
| SUI-Employee Paid - PA | 1.79 | 8.94 |
| City Tax - MDLTN | 22.28 | 111.40 |
| PA LST - MDLTN | 2.00 | 10.00 |
| Employee Taxes | 535.66 | 2,739.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 204.10 | 510.26 |
| Dental - Delta | 21.23 | 106.15 |
| FSA Health Care | 80.00 | 400.00 |
| Medical - BCBS Michigan | 203.26 | 1,016.30 |
| Vision - United Health Care | 19.14 | 95.70 |
| Pre Tax Deductions | 527.73 | 2,128.41 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 145.43 | 727.15 |
| Supplemental AD&D - The Hartford | 1.70 | 8.50 |
| Supplemental Child Life - The Hartford | 0.92 | 4.60 |
| Supplemental Life - The Hartford | 15.62 | 78.10 |
| Supplemental Life Spouse - The Hartford | 12.60 | 63.00 |
| VD Cafeteria/Gift Shop (SMLPA_MEAL) | 1.84 | 1.84 |
| Post Tax Deductions | 178.11 | 883.19 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 14.05 |
| ER - Dental - Delta - NonTaxable | 25.95 | 129.75 |
| ER - Long Term Disability - The Hartford | 6.28 | 31.40 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 3,568.45 |
| Employer Paid Benefits | 748.73 | 3,743.65 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,229.37 | 11,146.85 |
| Medicare - Taxable Wages | 2,229.37 | 11,146.85 |
| Federal Withholding - Taxable Wages | 2,025.27 | 10,636.59 |
| State Tax Taxable Wages - PA | 2,227.57 | 11,137.85 |
| City Tax Taxable Wages - MDLTN | 2,227.57 | 11,137.85 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 100 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH Float Holiday - (Biweekly B) | 0 | 0 | 8 |
| TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 76.30693 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******7851 | ******7851 | | 1,309.70 USD |



St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | | | 5036938 | 02/05/2023 | 02/18/2023 | 02/24/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 2,551.20 | 400.17 | 550.95 | 176.27 | 1,423.81 |
| YTD | 304.00 | 10,204.80 | 1,600.68 | 2,203.81 | 705.08 | 5,695.23 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 02/05/2023 - 02/18/2023 | 80 | 31.89 | 2,551.20 | 304 | 9,694.56 | OASDI | 138.22 | 552.88 |
| Holiday | | | 0 | | 16 | 510.24 | Medicare | 32.32 | 129.30 |
| Group Term Life | 02/05/2023 - 02/18/2023 | 0 | 0 | 1.80 | 0 | 7.20 | Federal Withholding | 285.95 | 1,143.80 |
| | | | | | | | State Tax - PA | 68.39 | 273.56 |
| | | | | | | | SUI-Employee Paid - PA | 1.79 | 7.15 |
| | | | | | | | City Tax - MDLTN | 22.28 | 89.12 |
| | | | | | | | PA LST - MDLTN | 2.00 | 8.00 |
| Earnings | | | | 2,553.00 | | 10,212.00 | Employee Taxes | 550.95 | 2,203.81 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403b Contribution (Percent) | 76.54 | 306.16 | 403b Loan (Loan 1) | 145.43 | 581.72 |
| Dental - Delta | 21.23 | 84.92 | Supplemental AD&D - The Hartford | 1.70 | 6.80 |
| FSA Health Care | 80.00 | 320.00 | Supplemental Child Life - The Hartford | 0.92 | 3.68 |
| Medical - BCBS Michigan | 203.26 | 813.04 | Supplemental Life - The Hartford | 15.62 | 62.48 |
| Vision - United Health Care | 19.14 | 76.56 | Supplemental Life Spouse - The Hartford | 12.60 | 50.40 |
| Pre Tax Deductions | 400.17 | 1,600.68 | Post Tax Deductions | 176.27 | 705.08 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 11.24 | OASDI - Taxable Wages | 2,229.37 | 8,917.48 |
| ER - Dental - Delta - NonTaxable | 25.95 | 103.80 | Medicare - Taxable Wages | 2,229.37 | 8,917.48 |
| ER - Long Term Disability - The Hartford | 6.28 | 25.12 | Federal Withholding - Taxable Wages | 2,152.83 | 8,611.32 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 2,854.76 | State Tax Taxable Wages - PA | 2,227.57 | 8,910.28 |
| Employer Paid Benefits | 748.73 | 2,994.92 | City Tax Taxable Wages - MDLTN | 2,227.57 | 8,910.28 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | TH Float Holiday - (Biweekly B) | 0 | 0 | 8 |
| Allowances | 0 | 0 | TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 67.076237 |
| Additional Withholding | 100 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******7851 | ******7851 | | 1,423.81 USD |



St. Mary Medical Center   1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | | | 5036938 | 01/22/2023 | 02/04/2023 | 02/10/2023 | |
| | Hours Worked | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | 80.00 | | 2,551.20 | 400.17 | 550.96 | 176.27 | | 1,423.80 |
| YTD | 224.00 | | 7,653.60 | 1,200.51 | 1,652.86 | 528.81 | | 4,271.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 01/22/2023 - 02/04/2023 | 80 | 31.89 | 2,551.20 | 224 | 7,143.36 |
| Holiday | | | 0 | | 16 | 510.24 |
| Group Term Life | 01/22/2023 - 02/04/2023 | 0 | 0 | 1.80 | 0 | 5.40 |
| Earnings | | | | 2,553.00 | | 7,659.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 138.22 | 414.66 |
| Medicare | 32.33 | 96.98 |
| Federal Withholding | 285.95 | 857.85 |
| State Tax - PA | 68.39 | 205.17 |
| SUI-Employee Paid - PA | 1.79 | 5.36 |
| City Tax - MDLTN | 22.28 | 66.84 |
| PA LST - MDLTN | 2.00 | 6.00 |
| Employee Taxes | 550.96 | 1,652.86 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 76.54 | 229.62 |
| Dental - Delta | 21.23 | 63.69 |
| FSA Health Care | 80.00 | 240.00 |
| Medical - BCBS Michigan | 203.26 | 609.78 |
| Vision - United Health Care | 19.14 | 57.42 |
| Pre Tax Deductions | 400.17 | 1,200.51 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 145.43 | 436.29 |
| Supplemental AD&D - The Hartford | 1.70 | 5.10 |
| Supplemental Child Life - The Hartford | 0.92 | 2.76 |
| Supplemental Life - The Hartford | 15.62 | 46.86 |
| Supplemental Life Spouse - The Hartford | 12.60 | 37.80 |
| Post Tax Deductions | 176.27 | 528.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 8.43 |
| ER - Dental - Delta - NonTaxable | 25.95 | 77.85 |
| ER - Long Term Disability - The Hartford | 6.28 | 18.84 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 2,141.07 |
| Employer Paid Benefits | 748.73 | 2,246.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,229.37 | 6,688.11 |
| Medicare - Taxable Wages | 2,229.37 | 6,688.11 |
| Federal Withholding - Taxable Wages | 2,152.83 | 6,458.49 |
| State Tax Taxable Wages - PA | 2,227.57 | 6,682.71 |
| City Tax Taxable Wages - MDLTN | 2,227.57 | 6,682.71 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 100 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH Float Holiday - (Biweekly B) | 0 | 0 | 8 |
| TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 57.845544 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******3651 | ******3651 | | 1,423.80  USD |



St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | | | 5036938 | 01/08/2023 | 01/21/2023 | 01/27/2023 | |

| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 80.00 | 2,551.20 | 400.17 | 550.94 | 176.27 | 1,423.82 |
| YTD | | 144.00 | 5,102.40 | 800.34 | 1,101.90 | 352.54 | 2,847.62 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 01/08/2023 - 01/21/2023 | 80 | 31.89 | 2,551.20 | 144 | 4,592.16 | OASDI | 138.22 | 276.44 |
| Holiday | | | 0 | | 16 | 510.24 | Medicare | 32.32 | 64.65 |
| Group Term Life | 01/08/2023 - 01/21/2023 | 0 | 0 | 1.80 | 0 | 3.60 | Federal Withholding | 285.95 | 571.90 |
| | | | | | | | State Tax - PA | 68.39 | 136.78 |
| | | | | | | | SUI-Employee Paid - PA | 1.78 | 3.57 |
| | | | | | | | City Tax - MDLTN | 22.28 | 44.56 |
| | | | | | | | PA LST - MDLTN | 2.00 | 4.00 |
| Earnings | | | | 2,553.00 | | 5,106.00 | Employee Taxes | 550.94 | 1,101.90 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 403b Contribution (Percent) | 76.54 | 153.08 | 403b Loan (Loan 1) | 145.43 | 290.86 |
| Dental - Delta | 21.23 | 42.46 | Supplemental AD&D - The Hartford | 1.70 | 3.40 |
| FSA Health Care | 80.00 | 160.00 | Supplemental Child Life - The Hartford | 0.92 | 1.84 |
| Medical - BCBS Michigan | 203.26 | 406.52 | Supplemental Life - The Hartford | 15.62 | 31.24 |
| Vision - United Health Care | 19.14 | 38.28 | Supplemental Life Spouse - The Hartford | 12.60 | 25.20 |
| Pre Tax Deductions | 400.17 | 800.34 | Post Tax Deductions | 176.27 | 352.54 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 5.62 | OASDI - Taxable Wages | 2,229.37 | 4,458.74 |
| ER - Dental - Delta - NonTaxable | 25.95 | 51.90 | Medicare - Taxable Wages | 2,229.37 | 4,458.74 |
| ER - Long Term Disability - The Hartford | 6.28 | 12.56 | Federal Withholding - Taxable Wages | 2,152.83 | 4,305.66 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 1,427.38 | State Tax Taxable Wages - PA | 2,227.57 | 4,455.14 |
| Employer Paid Benefits | 748.73 | 1,497.46 | City Tax Taxable Wages - MDLTN | 2,227.57 | 4,455.14 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | TH Float Holiday - (Biweekly B) | 0 | 0 | 8 |
| Allowances | 0 | 0 | TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 48.614851 |
| Additional Withholding | 100 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******3651 | ******3651 | | 1,423.82  USD |



St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Tranausky, Lisa | St. Mary Medical Center | | | 5036938 | 12/25/2022 | 01/07/2023 | 01/13/2023 | |
| | | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 64.00 | 2,551.20 | 400.17 | 550.96 | 176.27 | | 1,423.80 |
| YTD | | 64.00 | 2,551.20 | 400.17 | 550.96 | 176.27 | | 1,423.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/25/2022 - 01/07/2023 | 64 | 31.89 | 2,040.96 | 64 | 2,040.96 |
| Holiday | 12/25/2022 - 01/07/2023 | 16 | 31.89 | 510.24 | 16 | 510.24 |
| Group Term Life | 12/25/2022 - 01/07/2023 | 0 | 0 | 1.80 | 0 | 1.80 |
| Earnings | | | | 2,553.00 | | 2,553.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 138.22 | 138.22 |
| Medicare | 32.33 | 32.33 |
| Federal Withholding | 285.95 | 285.95 |
| State Tax - PA | 68.39 | 68.39 |
| SUI-Employee Paid - PA | 1.79 | 1.79 |
| City Tax - MDLTN | 22.28 | 22.28 |
| PA LST - MDLTN | 2.00 | 2.00 |
| Employee Taxes | 550.96 | 550.96 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution (Percent) | 76.54 | 76.54 |
| Dental - Delta | 21.23 | 21.23 |
| FSA Health Care | 80.00 | 80.00 |
| Medical - BCBS Michigan | 203.26 | 203.26 |
| Vision - United Health Care | 19.14 | 19.14 |
| Pre Tax Deductions | 400.17 | 400.17 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 1) | 145.43 | 145.43 |
| Supplemental AD&D - The Hartford | 1.70 | 1.70 |
| Supplemental Child Life - The Hartford | 0.92 | 0.92 |
| Supplemental Life - The Hartford | 15.62 | 15.62 |
| Supplemental Life Spouse - The Hartford | 12.60 | 12.60 |
| Post Tax Deductions | 176.27 | 176.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.81 | 2.81 |
| ER - Dental - Delta - NonTaxable | 25.95 | 25.95 |
| ER - Long Term Disability - The Hartford | 6.28 | 6.28 |
| ER - Medical BCBS Michigan - NonTaxable | 713.69 | 713.69 |
| Employer Paid Benefits | 748.73 | 748.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,229.37 | 2,229.37 |
| Medicare - Taxable Wages | 2,229.37 | 2,229.37 |
| Federal Withholding - Taxable Wages | 2,152.83 | 2,152.83 |
| State Tax Taxable Wages - PA | 2,227.57 | 2,227.57 |
| City Tax Taxable Wages - MDLTN | 2,227.57 | 2,227.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 100 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| TH Float Holiday - (Biweekly B) | 8 | 0 | 8 |
| TH PTO Accrual (Biweekly B) | 9.230693 | 0 | 39.384158 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PHILA POLICE & FIRE FED CU | PHILA POLICE & FIRE FED CU ******3651 | ******3651 | | 1,423.80 USD |