# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lisa Tranausky** <br>                  **Debtor** <br><br> **MIDFIRST BANK** <br>                  **Movant** <br><br>        **vs.** <br><br> **Lisa Tranausky** <br> **Kenneth E. West, Trustee** <br>                  **Respondents** | **CHAPTER 13** <br><br><br> **NO.** 23-10647 MDC |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                     _____
                                                                     Bankruptcy Judge