# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lisa Tranausky**<br>　　　　　　　　**Debtor**<br><br>**MIDFIRST BANK**<br>　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Lisa Tranausky**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10647 MDC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 24, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Paul H. Young, Esquire
2149 Galloway Roads (VIA ECF)
Centre Plaza Shopping Center
Bensalem, PA 19020

Lisa Tranausky
3736 Devonshire Place
Bensalem, PA 19020

Date: May 24, 2023

　　　　　　　　　　　　　　　By: /s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant