United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 23-10647-mdc

Lisa Tranausky                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                            Page 1 of 4

Date Rcvd: Jul 13, 2023            Form ID: 155                         Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Tranausky, 3736 Devonshire Place, Bensalem, PA 19020-1439 |
| 14787999 | + | Bensalem Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14762685 | + | Critical Care Physicians of PA PC, PO Box 743522, Los Angeles, CA 90074-3522 |
| 14767532 | + | Midfirst Bank, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14762701 | | Radiology Affialites Imaging, Radiology Affiliates of Central NJ PC, PO Box 786327, Philadelphia, PA 19178-6327 |
| 14762703 | + | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14762702 | + | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14763198 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14762712 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762676 | | Email/Text: collectors@arresourcesinc.com | Jul 14 2023 00:20:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14762677 | | Email/Text: collectors@arresourcesinc.com | Jul 14 2023 00:20:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14781963 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779063 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2023 00:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14762678 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14773756 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2023 00:25:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14762682 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2023 00:20:00 | Comenity Bk/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 14762681 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2023 00:20:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14762683 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2023 00:25:51 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14762684 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2023 00:25:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14771832 | | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14762687 | + | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14762686 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2
Date Rcvd: Jul 13, 2023

User: admin

Form ID: 155

Page 2 of 4

Total Noticed: 55

| | | | |
|---|---|---|---|
| | | Jul 14 2023 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14762688 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2023 00:21:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762689 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2023 00:21:00 | Genesis Credit/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14762690 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2023 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762691 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 14 2023 00:21:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 14762693 | + Email/PDF: cbp@omf.com | Jul 14 2023 00:25:46 | Household Finance Co/OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14762692 | + Email/PDF: cbp@omf.com | Jul 14 2023 00:25:45 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14782013 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2023 00:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14762680 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2023 00:25:47 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14762679 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2023 00:25:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14767939 | + Email/Text: RASEBN@raslg.com | Jul 14 2023 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14780328 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14762694 | Email/Text: DLRevCycEntCorTeam@mayo.edu | Jul 14 2023 00:20:00 | Mayo Clinic, 200 First Street SW, Rochester, MN 55905 |
| 14762696 | Email/Text: bk@mbb.net | Jul 14 2023 00:20:00 | Medical Business Bureau, 1460 Renaissance Drive, Park Ridge, IL 60068 |
| 14762695 | Email/Text: bk@mbb.net | Jul 14 2023 00:20:00 | Medical Business Bureau, Attn: Bankruptcy, 1460 Renaissance Drive Suite 400, Park Ridge, IL 60068 |
| 14774512 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 00:25:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14774617 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2023 00:25:44 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14762698 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2023 00:25:44 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14762697 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2023 00:25:49 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14762699 | + Email/PDF: cbp@omf.com | Jul 14 2023 00:25:55 | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 14781328 | + Email/PDF: cbp@omf.com | Jul 14 2023 00:25:54 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14780697 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2023 00:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14779727 | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2023 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14762700 | Email/Text: BankruptcyMail@questdiagnostics.com | | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Jul 13, 2023 | Form ID: 155 | Total Noticed: 55

| | | | |
|---|---|---|---|
| | | Jul 14 2023 00:20:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14762704 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jul 14 2023 00:20:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14762705 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jul 14 2023 00:20:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14762972 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14763195 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:54 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762706 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14762707 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 00:25:55 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14762709 | Email/Text: bknotice@upgrade.com | Jul 14 2023 00:20:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 14762708 | Email/Text: bknotice@upgrade.com | Jul 14 2023 00:20:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14762710 | + Email/Text: electronicbkydocs@nelnet.net | Jul 14 2023 00:20:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14762711 | + Email/Text: electronicbkydocs@nelnet.net | Jul 14 2023 00:20:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Jul 13, 2023                       Form ID: 155                                    Total Noticed: 55

MICHAEL PATRICK FARRINGTON
                        on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

PAUL H. YOUNG
                        on behalf of Debtor Lisa Tranausky support@ymalaw.com
                        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                        ,lesliebrown.paralegal@gmail.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Lisa Tranausky

          Debtor(s)

Chapter: 13

Bankruptcy No: 23−10647−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 13, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.


Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

29 − 22
Form 155