## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   LISA TRANAUSKY      :   CHAPTER 13

                             :

Debtor(s)                    :   BANKRUPTCY NO. 23-10647AMC

### AMENDED ORDER

AND NOW, this               day of               , 2024, upon consideration of the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby;

ORDERED and DECREED that the Debtors' Motion to Modify their Chapter 13 Plan is hereby Granted.

_____

                                                    J.