## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LISA TRANAUSKY         :   CHAPTER 13
                               :
      **Debtor(s)**         :   BANKRUPTCY NO. 23-10647PMM

### AMENDED ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 45, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #47) is **approved**.

Date:

    PATRICIA M. MAYER
    U.S. BANKRUPTCY JUDGE