## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   LISA TRANAUSKY | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 23-10647PMM |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 45, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #47) is **approved**.

*Patricia M. Mayer*

Date:  5/23/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE