United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10647-pmm |
| Lisa Tranausky | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

**Recip ID              Recipient Name and Address**
db              + Lisa Tranausky, 3736 Devonshire Place, Bensalem, PA 19020-1439

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024                    Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:**

**Name**                         **Email Address**
DENISE ELIZABETH CARLON
                    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

PAUL H. YOUNG
                    on behalf of Debtor Lisa Tranausky support@ymalaw.com
                    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LISA TRANAUSKY  :  CHAPTER 13
 :
   Debtor(s)  :  BANKRUPTCY NO. 23-10647PMM

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 45, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #47) is **approved**.

*Patricia M. Mayer*

Date: 5/23/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE